# Exhibit 1

**District 1**

# Case Summary

**Case No. 2025L007973**

| | | | |
|---|---|---|---|
| Lindsey Russell -vs- CORELLE BRANDS ACQUISITION HOLDINGS f/k/a INSTANT BRANDS ACQUISITION HOLDINGS f/k/a CORELLE BRANDS LLC f/k/a INSTANT BRANDS, INC. f/k/a DOUBLE INSIGHT INC., d/b/a INSTANT POT COMPANY,MIDEA AMERICA CORPORATION,FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.,GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.,ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.,MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD. | § § § § § | Location: Judicial Officer: Filed on: Cook County Attorney Number: | **District 1** **Calendar, D** **06/23/2025** **56079** |

## Case Information

| | |
|---|---|
| Case Type: | Product Liabilty - Jury |
| Case Status: | **06/23/2025  Pending** |
| Case Flags: | **Case on Bankruptcy Calendar** |

## Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2025L007973 |
| Court | District 1 |
| Date Assigned | 06/23/2025 |
| Judicial Officer | Calendar, D |

## Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Russell, Lindsey** 3 N. Second St. Suite 3000 St. Charles, IL 60174 | **MEYERS & FLOWERS** *Retained* 630-232-6333(H) 3 N SECOND ST #300 ST CHARLES, IL 60174 |
| **Defendant** | **CORELLE BRANDS ACQUISITION HOLDINGS f/k/a INSTANT BRANDS ACQUISITION HOLDINGS f/k/a CORELLE BRANDS LLC f/k/a INSTANT BRANDS, INC. f/k/a DOUBLE INSIGHT INC., d/b/a INSTANT POT COMPANY** | |
| | **FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.** | |
| | **GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.** | |
| | **MIDEA AMERICA CORPORATION** | |
| | **MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.** | |

## Case Summary

**Case No. 2025L007973**
**ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.**

---

### Events and Orders of the Court

08/25/2025
Summons Served - Corporation/Company/Business
*Cert of Service of Summons on defendant, Midea*
Party:   Plaintiff Russell, Lindsey
*Cert of Service of Summons on defendant, Midea*

08/19/2025
*CANCELED* **First Time Case Management**   (10:00 AM)   (Judicial Officer: Beach, Charles S., II)
Resource: Location L2207 Court Room 2207
Resource: Location D1 Richard J Daley Center
*Order of Court*

08/08/2025
Summons Issued And Returnable
*Summons to Corelle Brands*
Party:   Plaintiff Russell, Lindsey
*Summons to Corelle Brands*

08/08/2025
Summons Issued And Returnable
*summons to Midea America*
Party:   Plaintiff Russell, Lindsey
*summons to Midea America*

07/24/2025
Strike From Case Management Call - Allowed     (Judicial Officer: Lyons, Thomas V., II)
Party:   Plaintiff Russell, Lindsey

07/24/2025
Place On Bankruptcy Calendar - Allowed -     (Judicial Officer: Lyons, Thomas V., II)
Party:   Plaintiff Russell, Lindsey

07/16/2025
Electronic Notice Sent
Party:   Plaintiff Russell, Lindsey
Party 2:   Attorney MEYERS & FLOWERS

07/16/2025
Electronic Notice Sent
Party:   Plaintiff Russell, Lindsey
Party 2:   Attorney MEYERS & FLOWERS

07/07/2025
Notice Filed
*Plaintiff's Notice of Stay*
Party:   Plaintiff Russell, Lindsey
*Plaintiff's Notice of Stay*

06/23/2025   New Case Filing

06/23/2025
Personal Injury (Product Liability) Complaint Filed (Jury Demand)
*Complaint & Jury Demand (Russell)*
Party:   Plaintiff Russell, Lindsey
*Complaint & Jury Demand (Russell)*

06/23/2025
Exhibits Filed
*Civil Cover Sheet*
Party:   Plaintiff Russell, Lindsey
*Civil Cover Sheet*